IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER DELLINGER, JR., :
and LORI L. DELLINGER, :
    Plaintiffs : No. 1:18-cv-02119
:
v. : (Judge Kane)
:
KARLI RICHARDS, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 10th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** the Government's motion to dismiss the joinder complaint filed by Defendants Chambersburg Hospital, Wound Center and Summit Health (Doc. No. 2) is **GRANTED**. **IT IS FURTHER ORDERED THAT** this matter is **REMANDED** to the Court of Common Pleas of Franklin County, Pennsylvania, and the Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                        s/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania